### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| EMMANUEL PAYNE | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | CASE NO.: 13-7077 |
| | : | |
| v. | : | |
| | : | |
| WAL-MART STORES, INC. | : | |
| Store # 3292 | : | |
| | : | |
| Defendant. | : | |

## ORDER

The foregoing Stipulation of Dismissal is approved, and IT IS ORDERED this 22ᵗʰ day

of December 2014 that all claims which were or could have been asserted by Plaintiff Emmanuel

Payne in the above captioned matter are hereby dismissed in their entirety, with prejudice and

without costs and/or attorney's fees to any party against any other party.

**The Hon. Judge William J. Martini., U.S.D.J.**